FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 10, 2016

No. 04-16-00414-CV

Walter Ray **SIMPSON**, Jr.,
Appellant

v.

**AUTO INJURY SOLUTIONS, INC.,**
Appellee

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-03713
Honorable Laura Salinas, Judge Presiding

## O R D E R

Appellant seeks to appeal an order granting Auto Injury Solutions, Inc.'s rule 91a motion to dismiss. This order does not dispose of the claims against the other six defendants, and no severance order appears in the record. An order that does not dispose of all parties and causes of action is not final and appealable. *See Houston Health Clubs, Inc. v. First Court of Appeals*, 722 S.W.2d 692, 693 (Tex. 1986); *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893, 895 (Tex. 1966). It is therefore ORDERED that appellant show cause in writing within fifteen days of the date of this order why this appeal should not be dismissed for lack of jurisdiction.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of August, 2016.

_____
Keith E. Hottle
Clerk of Court